UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL B. THORNTON,

        Petitioner,

   v.

DAN PACHOLKE,

        Respondent.

Case No.  C07-5483RBL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 8 and 9) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 10 day of January, 2008.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge