UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL B THORNTON,

    Petitioner,

  v.

DAN PACHOLKE,

    Respondent.

Case No. C07-5483RBL/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This petition is unexhausted. The petition is **DISMISSED WITHOUT PREJUDICE**.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Kelley Arnold.

DATED this 21st day of April, 2008.

    /s/ Ronald B. Leighton
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

ORDER - 1