# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOEL B. THORNTON

     v.

DAN PACHOLKE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5483RBL/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This petition is unexhausted. The petition is **DISMISSED WITHOUT PREJUDICE .**

| April 22, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                          *s/CM Gonzalez*
                                          Deputy Clerk